FILED
VANESSA L. ARMSTRONG, CLERK
NOV 27 2018
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

5:18-CV-179-TBR

November 14, 2018

This is a complaint to file a lawsuit against McCracken County Jail, McCracken County Jail staff and Southern Health Partners and staff for medical neglect, unfair medical treatment, violation of HIPAA privacy rights and inhumane treatment.

I Ebony Bradley have been incarcerated in the McCracken County Jail since May 2, 2018. Prior to entering the jail I was diagnosed with HIGH GRADE cervical displasia. At jail intake my condition was reported and then 9 days later it was reported to the medical staff during medical intake. During my period of incarceration I begin to experience several issues, abnormal vaginal bleeding discharge, and a mucus like fluid. This was occurring often and was followed by bouts of extreme pain. I notified the healthcare staff and was told to drop a sick call. I obeyed the directive given and submitted a sick call request. I was seen by the medical staff and after collection of a urine sample LPN Sherrie stated that it was a simple urinary tract infection (UTI), however when the lab reports from the urine

pg2

sample came back it was shown that I did not have a UTI. After that nothing was ever done to see the cause of my issues I continued to suffer from the bleeding discharge and mucus. It begin to get worse and soon the bleeding escalated to clots. On one occassion may 27,2018 the bleeding was so severe it caused me to soil my clothing I was denied medical assistance and a change of clothing. I continually was told to just drop a sick call. On the morning of June 5, 2018 I woke up to use the restroom and when I pulled my underwear down on my pad there was a walnut sized blood cot. I Kept the clot wrapped in the Pad and when the LPN Jodie Phelps came around I showed her the pad and once again I was told to drop a sick call. By this time I had dropped 13 sick request. I wrote out a grievance in regards to not being seen and not receiving treatment. The response on the grievance was simply that they thought I had a UTI, the grievance was answered by Jodie Phelps. The problems continued and it only worsened. Another grievance was sent out and I asked why was it so hard to get medical care, the response was that they hadn't received my medical records as of yet this grievance was

P93

also responded to by J Phelps. My attorney stated that he had faxed over and also had his paralegal Sara personally drop off the medical records. My mom also contacted my doctors office Heartland womens health. and they also confirmed that they sent over the records on May 3, 2018 and also May 11, 2018. The faxsimile report can be provided. On June 18, 2018 I had more pain with fever and vomitting, there was another bloodcot. I showed this clot to Sheila she stated that she would notify the medical staff. I waited and waited and didn't receive any assistance. On June 24, 2018 I experienced another clot this time I showed it to Deputy Sheila and LPN Sherrie, LPN Sherrie told me to get it away from her and to throw it away and if I showed her anything like that again I would go to the HOLE. As of June 24, 2018 I had dropped 28 sick call request. I did my best to cope with the pain medication I could get off of the inmate commissary. That was only able to help the pain so much. Still I continued to suffer from the bleeding, discharge and mucus. During this ongoing battle my mother Arelia

pg 4

Bradley and a close friend Erica Willis stayed in constant contact with jail staff and medical who on more than one occassion informed them that I was being assisted. On July 12, my mom personally faxed over the medical records again to see if that would help me get some assistance. I wrote out another grievance and asked if there was a reason why with all the issues and complications I was facing why wouldn't they refer me to their doctor or even have me examined to see what was going on nothing happened and the response that I received was that they would get me to the Doctor when the Doctor had time. I guess my issue wasn't important enough. On August 2, 2018 I filed a motion to get a medical furlough I got a hearing scheduled for August 10, 2018. The hearing was continued til August 16, 2018. after the hearing was the first time I seen a doctor and it was for literally 3 minutes she asked my birthdate took my weight and sent me out her office after charging me $30.00 for a doctor visit. On August 20, 2018 I was called to Captain Carters office at that time I was informed that my furlough was granted and that

pg 5

an appointment was scheduled for me with a Dr Cardenas for August 27, 2018 at this time I was also informed that I would have to pay close to $1000.00 to be seen as the doctor didn't take my insurance. My mother agreed to cover the cost of the treatment. Then on Aug 23, 2018. Deputy Sheila called me out the Cell and escorted me to David Knights office where I was then informed that the cost of the procedure and subsequent labs would run a cost of $3900.00 dollars. At this time I asked David Knight why wouldn't they cover te cost of the procedure and I was informed that I was responsible for all cost. Later this same day my mom stated that since I had to cover the cost she would handle the appointment scheduling and cost. David Knight okayed this and on August 27, 2018 I was released for my furlough. On August 28, 2018 I was seen by Shawnee Healthcare and it was determined that an infection had occurred and I needed to be sent over to the ER to receive an introvenous antibiotic. While in the ER I was given a US echography

pg 4

transvaginal and a CT abdomen and pelvis. From these test it was concluded that I now suffered from a dueated tubular structure from onset infection in the cervical canal and fallopian tube. This condition is consistent with hydrosalpinx. The infection set in and caused inflammation and swelling of the fallopian tube. With the proper medical care and attention this could have been avoided. Due to the medical neglect at the hands of McCracken county jail staff and Southern Health Partners staff leaving my issues and complication untreated I now suffer from a new condition and my previous condition is still untreated and unresolved. I spent 118 days without any medical care. After 43 sick call request and 8 grievances nothing was ever done to assist me in any way, or get me any care or treatment. Even after I returned from my furlough once again nothing was done until after a court hearing on Nov 14. 2018 where they called me out of the cell and stated that I had an appointment scheduled for the next day and they were preparing a facility transfer. I

pg7

haven't heard anything more about an appointment or anything else. Also my HIPAA privacy rights were violated as my medical records and issues were carelessly passed around and discussed with unauthorized jail staff, class D workers and other inmates Documentation and records are available. Thanks for your consideration and attention to this matter.

Ebony Bradley

Ebony Bradley
Mccracken Co Jail
400 Clarence Gaines St
Paducah Ky, 42003

EVANSVILLE
IN 476
21 NOV '18
PM 2 L


FOREVER
USA
Barn Swallow

**FILED**
VANESSA L. ARMSTRONG, CLERK

NOV 27 2018

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

MCCRACKEN CO. JAIL

UNCENSORED MAIL

5:18-CV-179-TBR

McCracken Federal Court

501 Broadway St

Room 330

Paducah, KY
42001-6801

42001-685680