# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

FILED

VANESSA L. ARMSTRONG, CLERK

DEC 0 6 2018

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Ebony Bradley-Farr

_____

_____

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 5:18-cv-179-TBR
(To be supplied by the clerk)

McCracken County Jail
Southern Health Partners
Laurie Haynes Sullenger
Marianne Carter

( ) DEMAND FOR JURY TRIAL

(✓) NO JURY TRIAL DEMAND
(Check only one)

_____

(Full name of the Defendant(s) in this action)

## I.   PARTIES

(A)  **Plaintiff(s).**  Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status.  Repeat this procedure for each additional Plaintiff named, if any.

(1)  Name of Plaintiff: Ebony Bradley-Farr

Place of Confinement: McCracken County Jail

Address: 400 S 7th Street Paducah, KY 4200

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE ( )

(2)  Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff:  CONVICTED ( )  PRETRIAL DETAINEE ( )

(3) Name of Plaintiff:_____

Place of Confinement: _____

Address: _____

Status of Plaintiff:  CONVICTED ( )  PRETRIAL DETAINEE ( )

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant McCracken County Jail is employed

as _____ at _____.

The Defendant is being sued in his/her ( ) individual and/or ( ✓ ) official capacity.

(2) Defendant Southern Health Partners is employed

as _____ at McCracken County Jail.

The Defendant is being sued in his/her ( ) individual and/or ( ✓ ) official capacity.

(3) Defendant Laurie Haynes Sullenger is employed

as Deputy at McCracken County Jail.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(4) Defendant Marianne Carter is employed

as Deputy at McCracken County Jail

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(5) Defendant _____ is employed

as _____ at _____ .

The Defendant is being sued in his/her (____) individual and/or (____) official capacity.

## II.    PREVIOUS LAWSUITS

(A)  Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (____) NO (✓)

(B)  If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s):    _____

_____

Defendant(s):   _____

_____

Court (if federal court, name the district.  If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

III.   STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.  However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

1. The complaint states that my constitutional rights were violated by medical neglect, inhumane treatment, violation of HIPAA privacy rights, tampering with mail. McCracken County Jail and Southern Health Partners defaulted on medical care when during my incarceration they failed to provide any medical treatment. I was incarcerated from may 2, 2018 until furloughed August 27, 2018. Upon my arrival to the MCJ I reported to the jail that I suffered from HIGH GRADE Invasive Cervical Displasia. While incarcerated I begin to suffer from several issues and complications. I experienced severe bleeding, clotting discharge and abdominal pain. I dropped multiple request for sick calls. A total of 43 sick calls over a period of 118 days I was seen only once 05-18-18 and at that time I was told that the pain, discharge and bleeding were due to a UTI I told Sherrie (LNU) that I didn't think it was from a UTI she insisted and gave me an antibotic (Bactrium) for 10 days. However when the labs came back the UTI diagnosis was incorrect. After that I was never seen again and nothing was done to

pg 2

## III. STATEMENT OF CLAIM(S) continued

to find the cause of the issue. I continued to have issues. I reported all issues to the medical staff, Still nothing was done. After multiple sick request and 8 grievances. on July 28, 2018 I filed for a medical furlough so I could get the neccessary care and treatment I needed outside the facility. The "okay" for the medical furlough was granted and I was seen by an outside provider. At the time of my appointment 08-28-18 I was diagnosed with dilated tubular structure due to onset infection. The condition is hydrosalpinx which was caused by infection left untreated causing inflammation to the fallopian tube, due to the medical neglect at the hands of MCJ and Southern Health Partners. My previous condition also left untreated progressed further. My 8 and 14 amendment rights were violated. ② My HIPAA Privacy Rights were also Violated by Southern Health Partners staff when my medical records and information were openly discussed and transferred with unauthorized inmates and jail staff. ③ Also my outgoing mail has been tampered / destroyed when on Oct 25, 2018 at 10:46 three pieces of outgoing mail collected by Deputy Sullenger were never sent out. One piece of mail addressed to the circuit clerk contained time

pg 3

Statement of Claim(s) continued

sensitive information in regards to my case and possible release, as the outgoing mail contained a motion to suspend sentence that had a deadline of NOV 2, 2018. Then again on Nov 14, 2018 at 11:21 Sullenger collected more mail addressed to the Federal court house, which also was never received. This is an on going issue. Myself and other inmates have begun to track our outgoing mail. Class D work inmates have and will testify to actual seeing her deposit mail in the trash after collecting from the housing cells. ④ Also a Deputy Marianne Carter has iniated a menstrual cycle monitoring where she tracks the female inmates periods. thus denying pads at her own whim. A womans menstrual cycle is beyond even her own control, yet Deputy Marianna carter has chosen to control'd. Under her tracking the woman are only allowed to bleed 7 days. The female inmates are to receive 9 pads a day for 7 days for a total of 63 pads. However at times Oct 23, 25, 20 & Nov 20, 21 2018 I along with other inmates, where not given pads on either of the 3 shift. The pad sign out sheets are maintained. The medical as well as marianne carter are aware of my medical issues and my sporadic bleeding where pads are needed more often on Nov 19, 2018 at 9:31 captain carter informed marianna carter and LPN Melanie LNU to ensure that Im not denied pads at any time. I womans menstrual cycle can fluctuate depending on

certain things outside of their control. and especially during periods of duress and when the female body is under stress and experiencing hormonal imbalances. The denying of sanitary pads is cruel and inhumane. The pads are used against the woman especially with certain inmates. In a period of a months time I have bleed out onto my clothing and bed linen 3 times Nov 11, 2018 Nov 20-21, 2018 and Dec 1, 2018 due to being denied pads This is humiliating embarrassing and cruel at the hands of deputies. Then once you have these accidents were you soil your clothing you are made to literally sit in it until they chose to get you new clothing. On Nov 21, 2018 after an incident I was humiliated by Deputy Sullenger when I privately tried to explain to her that I had bleed through my clothing and sheets. And she openly infront of the entire cell asked what happened to my items, and screamed whats on them, then when I told her for the second time she laughed and walked out. Then returned with a new sheet but had Deputy Sheila (LNU) return the bloody soiled panties back and told me I had to keep them till change out which was 2 days away. The treatment is horrible and unjust. The power struggle is out of control as these guards use our situations to have total power and control of the female inmates by any means. Even when it means cruel hateful treatment. —

## IV.   RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓  award money damages in the amount of $ 300,000.

_____ grant injunctive relief by_____

✓  award punitive damages in the amount of $ 300,000

_____ other: _____

## V.   DECLARATION UNDER PENALTY OF PERJURY
   (each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 28 day of November , 2018.

_Ebony Bradley-Sary_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on NOV 29, 2018 .

_Ebony Bradley Sary_
(Signature)

E. Bradley
400 S 7th Street
Paducah, KY 42003

FILED
VANESSA L. ARMSTRONG, CLERK

DEC 06 2018

U.S. D
WEST'N. DIST. KENTUCKY

McCracken County Jail
Unprocessed Inmate Mail

United States District court
Clerks office
501 Broadway
Suite 127
Paducah, KY 42001-6801

42001-680127

PAID FOREVER
USA
Barn Swallow